7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Adam Ray Kaltenbach and Jennifer Nicole Kaltenbach
*Debtor*

*Bankruptcy Case No.*
13–61710–abf7

**1281 East Republic Road, LLC**
   Plaintiff(s)

*Adversary Case No.*
14–06011–abf

v.

**Adam Ray Kaltenbach**
   Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: That in accordance with the Order Directing Judgment in Favor of Debtor–Defendant Adam Ray Kaltenbach (Doc. No.41), entered by the court on 12/12/2014, Judgment is hereby entered in favor of Debtor–Defendant Adam Ray Kaltenbach. Each Party to bear its own costs.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 12/12/14

Court to serve